NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHEMFREE CORPORATION,**
*Plaintiff-Appellant,*

**v.**

**J. WALTER, INC. and J. WALTER COMPANY, LTD.**
*Defendants-Appellees.*

---

2011-1496

---

Appeal from the United States District Court for the Northern District of Georgia in No. 04-CV-3711, Judge Charles R. Wolle.

---

**JUDGMENT**

---

WILLIAM A. CAPP, Duane Morris LLP, of Atlanta, Georgia, argued for plaintiff-appellant.

STEPHEN M. SCHAETZEL, McKeon, Meunier, Carlin & Curfman, of Atlanta, Georgia, argued for defendants-appellees. With him on the brief were ANTHONY B. ASKEW; and ROBIN L. GENTRY, of Decatur, Georgia. Of Counsel was JOHN W. HARBIN and CHARLES A. PANNELL, III, King & Spaulding, LLP, of Atlanta, Georgia.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LINN, DYK, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 March 13, 2012                    /s/ Jan Horbaly
       Date                         Jan Horbaly
                                       Clerk